**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD CECIL REEVES, | ) | NO. CV 15-00068-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| UNNAMED, | ) | |
| Respondent. | ) | |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　DATED: September 17, 2015.

　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE